IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LA-TINA EVANS**                                                                                                      **PLAINTIFF**

V.                        **CIVIL ACTION NO. 2:16-CV-176-KS-MTP**

**IHOP RESTAURANTS, LLC,** *et al.*                                    **DEFENDANTS**

### ORDER

On March 30, 2016, Defendant filed a Motion for Summary Judgment [25], and on March 31, 2016, Defendant filed its Memorandum in support of the motion [27]. Plaintiff shall respond to the motion on or before **April 14, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Defendant wants to file a reply, it may do so on or before **April 21, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the 31st day of March, 2017.

                                                        s/Keith Starrett
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE